WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOHN HUGH PETTY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant.<br>_____ ) | CASE NO.: **EDCV 10-01725 JCG**<br><br>ORDER AWARDING<br>EAJA FEES |

        Based upon the parties' Stipulation for Award and Payment of Equal Access
to Justice Act (EAJA) Fees ("Stipulation"),

        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

THREE HUNDRED TWENTY-FOUR DOLLARS and no/cents ($2,324.00), as

authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

Stipulation.

        DATED: November 9, 2011

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

1